**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-08-BK-16125-GBN |
| | ) |
| JANSSEN, ERIC and | ) Chapter 7 |
| JANSSEN, KAREN, | ) |
| | ) **APPLICATION FOR ORDER FOR** |
| Debtors. | ) **PAYMENT OF UNCLAIMED** |
| | ) **FUNDS TO U.S. BANKRUPTCY** |
| | ) **COURT** |
| | ) |
| | ) |
| _____ | ) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for the debtors is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3001 | 3/29/11 | Eric and Karen Janssen<br>17617 N. 9th St. #2084<br>Phoenix, AZ 85022-1943 | $5,167.32 |

Dated this 13th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1